# EXHIBIT C

























































































































































