**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AUTOMOBILIA II, LLC, a Florida limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>GETTY IMAGES (US), INC., a New York corporation; PIXELS.COM LLC, an Illinois limited liability corporation; and DOES 1-10, inclusive,<br><br>    Defendants.<br><br>GETTY IMAGES (US) INC, a New York corporation,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>CAR CULTURE, INC., a California corporation; and LUCINDA LEWIS, an individual,<br><br>    Third-Party Defendants. | Case No. 2:22-cv-2560 JLS (MAAx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The Court, having considered the Parties' Request for Dismissal (Doc. 94), hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

Dated: April 5, 2024

_____
Hon. Josephine L. Staton
United States District Judge